

**Kelly Strange Crawford**
Co-Chair

Direct:
t: 973.451.8417
f: 973.451.8635
kcrawford@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

July 29, 2020

<u>Via CM/ECF</u>
Hon. Colleen McMahon, U.S.D.J.
Chief Judge, United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  9/25/2020

     Re: <u>Rita Carey v. Ethicon, Inc. and Johnson & Johnson</u>
        Civil Action No. 1:20-CV-03393-VSB

Dear Judge McMahon:

  The undersigned represents Defendants Ethicon, Inc. and Johnson & Johnson ("Defendants" or "Ethicon").  On this date I inadvertently attached the wrong version of a document on CM/ECF; the version filed was not redacted to remove personal information:

    1:20-cv-03393-VSB   Document 48-1 Filed 07/29/20.

> Case 1:20-cv-03393-VSB   Document 48-1   Filed 07/29/20   Page 1 of 5

  Judge Broderick's chambers and deputy clerk have been alerted via voicemail message.  An email request was submitted to the ECF Help Desk at helpdesk@nysd.uscourts.gov.  A telephone call was attempted to the help desk at (212) 805-0136, but since the filing was made after court hours, no one answered the phone and a voicemail message was not an option.

  Pursuant to the SDNY Electronic Case File Rules & Instructions, Rule 21.8(b), the undersigned, with sincerest apologies for the error, respectfully requests that the Court seal and otherwise make this document invisible to the public as soon as possible.

Hon. Colleen McMahon, U.S.D.J.
July 29, 2020
Page 2

A redacted version of this document will be filed.

Respectfully submitted,

*Kelly S. Crawford/e*

Kelly S. Crawford

cc: Lee Balefsky, Esq.
Christopher Gomez, Esq.

5192308.v1